452 A.2d 60

Commonwealth v. Davis, Appellant.

Sub-
mitted April 6, 1982. Louis G. Retacco, for appellant; Alan
Sacks, Assistant District Attorney, for Commonwealth, ap-
pellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment of sentence affirmed.

452 A.2d 60

Commonwealth v. Dennis, Appellant.

Submitted May 10, 1982. Rolfe C. Marsh, Assistant
Public Defender, for appellant; Frank T. Hazel, District
Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Judgment of sentence affirmed.